# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141588

BENDURE & THOMAS,
      Plaintiff/Counter-
      Defendant/Appellee,

v

ROBERT H. GOLDEN and GOLDEN
& KUNZ, P.C.,
      Defendants-Appellants,

and

MARY STANN, f/k/a MARY CASWELL,
      Defendant/Counter-Plaintiff,

and

INSITE INFORMATION SYSTEMS, INC.,
      Defendant.
_____/

SC: 141588
COA: 291901
Oakland CC: 2008-008858-AV

On order of the Court, the application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk

d1115